RAYMOND MEISENBACHER v. BOARD OF EDUCATION,
CITY OF ELIZABETH.

July 2, 1982.

Certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Marjorie Lavin v. Board of Education of the Borough of Hackensack,* 90 *N.J.* 145 (1982). Jurisdiction is not retained.

CHARLES J. CELLA v. BOARD OF EDUCATION, CITY
OF NEWARK.

July 2, 1982.

Petition for certification denied.